USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/21/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP SULLIVAN JR.,
*on behalf of himself and all others similarly situated,*

　　　　　Plaintiff,

　-against-

BLOOMBERG L.P.,

　　　　　Defendant.

Case No.: 18-cv-1954

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, BLOOMBERG L.P., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.


For the Defendant:
By: _____
Amin Kassam, Esq.
Bloomberg L.P.
731 Lexington Avenue
New York, NY 10022
Telephone: 212-617-6203
akassam3@bloomberg.net

Date: May 16th, 2018

For the Plaintiff:
By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: May 18, 2018


SO ORDERED
_____
U.S.D.J.
May 18, 2018

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.